**YOUNG JA CHO, AKA Young Ja Im, AKA Young Ja Kim, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 15-73330

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted April 11, 2017 *

Filed April 18, 2017

Steve Sungsoo Chang, Esquire, Attorney, Law Offices of Chang & Lim, Los Angeles, CA, for Petitioner

Erik R. Quick, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

### MEMORANDUM **

Young Ja Cho, a native and citizen of South Korea, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her application under 8 U.S.C. § 1186a(c)(4)(B) for waiver of the joint filing requirement to remove the conditional basis of her lawful permanent resident status. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's denial of a waiver under 8 U.S.C. § 1186a(c)(4)(B). *Damon v. Ashcroft*, 360 F.3d 1084, 1088 (9th Cir. 2004). We deny the petition for review.

Substantial evidence supports the agency's denial of Cho's application for a waiver under 8 U.S.C. § 1186a(c)(4)(B), where the record does not compel reversal of the agency's determination that Cho failed to establish that she entered into her marriage in good faith. *See* 8 U.S.C. § 1186a(c)(4); *Oropeza-Wong v. Gonzales*, 406 F.3d 1135, 1148 (9th Cir. 2005).

We reject Cho's contentions that the agency failed to consider or discuss relevant evidence. *See Najmabadi v. Holder*, 597 F.3d 983, 990 (9th Cir. 2010) (agency need not write an exegesis on every contention); *Fernandez v. Gonzales*, 439 F.3d 592, 603 (9th Cir. 2006) (petitioner did not overcome the presumption that the BIA did review the record).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

